Chester BOWLES, Administrator, Office of Price Administration, v. OKLAHOMA OPERATING COMPANY.

No. 2885.

Circuit Court of Appeals, Tenth Circuit.

May 22, 1944.

Fleming James, Jr., Director, Litigation Division, and David London, Chief, Appellate Branch, Office of Price Administration, both of Washington, D. C., and O. B. Martin, Acting Dist. Enforcement Atty., Office of Price Administration, of Oklahoma City, Okl., for appellant.

Ames, Monnet, Hayes & Brown, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation.

Prentiss M. BROWN, Administrator, Office of Price Administration, v. O. S. SHIRK.

No. 2877.

Circuit Court of Appeals, Tenth Circuit.

April 25, 1944.

Fleming James, Jr., Director, Litigation Division, and David London, Chief, Appellate Branch, Office of Price Administration, both of Washington, D. C., James B. Nash, Dist. Enforcement Atty., and A. D. Weiskirch and Ellis C. Clark, Litigation Attys., Office of Price Administration, all of Wichita, Kan., and David B. Love, Regional Litigation Atty., Office of Price Administration, of Dallas, Tex., for appellant.

George McGill, of Wichita, Kan., for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation.

COMMISSIONER OF INTERNAL REVENUE v. INTERNATIONAL INSURANCE COMPANY.

No. 2956.

Circuit Court of Appeals, Tenth Circuit.

June 17, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Allan K. Perry, of Phoenix, Ariz., for respondent.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Petition to review dismissed on motion of petitioner.